Certificate Number: 14912-NJ-DE-034814374

Bankruptcy Case Number: 20-17234



14912-NJ-DE-034814374

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 26, 2020</u>, at <u>10:06</u> o'clock <u>AM EDT</u>, <u>Dorothy Roberts</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>August 26, 2020</u>        By:   <u>/s/Jai Bhatt</u>

Name:  <u>Jai Bhatt</u>

Title:  <u>Counselor</u>