B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Dorothy Roberts                          ,                    Case No.  20-17234

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Freedom Mortgage Corporation | HomeBridge Financial Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Freedom Mortgage Corporation
10500 Kincaid Drive
Fishers, IN 46037-9764
Phone:  855-690-5900
Last Four Digits of Acct #:   7186

Court Claim # (if known):   9-1
Amount of Claim:   $359,674.86
Date Claim Filed:   07/20/2020

Phone:  n/a
Last Four Digits of Acct. #:   4542

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ ReShaundra M. Suggs                         Date:  04/26/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Transfer of Claim was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail through CM/ECF on this date.

Date: April 26, 2021

Debtor
Dorothy Roberts
123 Grove St
Somerville, NJ 08876

J Todd Murphy
J Todd Murphy Attorney At Law
90 Washington Valley Rd
Bedminster, NJ 07921

Trustee
Albert Russo
P.O. Box 4853
Trenton, NJ 08650

Choice Legal Group, P.A.
P.O. Box 771270
Coral Springs, FL 33077
Telephone: (954) 453-0365/1-800-441-2438
Facsimile: (954) 771-6052
ecfnotice@clegalgroup.com
By: /s/ ReShaundra M. Suggs
ReShaundra M. Suggs