| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 20-17234 / MBK

Dorothy Roberts

Petition Filed Date: 06/04/2020
341 Hearing Date: 07/09/2020
Confirmation Date: 11/17/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2021 | $1,420.00 | 73909220 | 03/02/2021 | $1,465.00 | 74927930 | 04/05/2021 | $1,420.00 | 75701220 |
| 05/04/2021 | $1,420.00 | 76472200 | 06/02/2021 | $1,420.00 | 77127330 | 07/06/2021 | $1,420.00 | 77840570 |
| 08/03/2021 | $1,420.00 | 78545400 | 09/02/2021 | $1,420.00 | 79202820 | 10/04/2021 | $1,420.00 | 79880670 |
| 11/02/2021 | $1,420.00 | 80554890 | 12/03/2021 | $1,420.00 | 81240680 | 01/04/2022 | $1,420.00 | 81877140 |

**Total Receipts for the Period: $17,085.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $26,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Dorothy Roberts | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | J. Todd Murphy<br>»» ATTY DISCLOSURE | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» FIRST PREMIER BANK | Unsecured Creditors | $452.66 | $0.00 | $452.66 |
| 2 | LVNV FUNDING LLC<br>»» PLAINS COMMERCE BANK | Unsecured Creditors | $512.99 | $0.00 | $512.99 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2017-2019 TAX PERIODS | Priority Crediors | $8,428.58 | $0.00 | $8,428.58 |
| 4 | INTERNAL REVENUE SERVICE<br>»» 2007;2015-2016 TAX PERIODS | Unsecured Creditors | $8,511.24 | $0.00 | $8,511.24 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $773.51 | $0.00 | $773.51 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,112.94 | $0.00 | $1,112.94 |
| 7 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BANK OF MISSOURI | Unsecured Creditors | $365.61 | $0.00 | $365.61 |
| 8 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $437.76 | $0.00 | $437.76 |
| 9 | LVNV FUNDING LLC<br>»» CREDIT ONE | Unsecured Creditors | $711.75 | $0.00 | $711.75 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» P/123 GROVE ST/1ST MTG/HOMEBRIDGE | Mortgage Arrears | $66,783.82 | $20,908.58 | $45,875.24 |
| 11 | SYNOVUS BANK | Unsecured Creditors | $201.54 | $0.00 | $201.54 |
| 12 | BANK OF MISSOURI | Unsecured Creditors | $96.13 | $0.00 | $96.13 |
| 13 | BANK OF MISSOURI | Unsecured Creditors | $177.98 | $0.00 | $177.98 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BERGDORF GOODMAN | Unsecured Creditors | $1,705.29 | $0.00 | $1,705.29 |

**Chapter 13 Case No. 20-17234 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  NEIMAN MARCUS | Unsecured Creditors | $1,962.36 | $0.00 | $1,962.36 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SAKS FIFTH AVE | Unsecured Creditors | $198.04 | $0.00 | $198.04 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LORD & TAYLOR | Unsecured Creditors | $654.99 | $0.00 | $654.99 |
| 18 | QUANTUM3 GROUP LLC<br>»»  J CREW | Unsecured Creditors | $90.41 | $0.00 | $90.41 |
| 19 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  ZALES JEWELRY | Unsecured Creditors | $2,531.08 | $0.00 | $2,531.08 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $145.94 | $0.00 | $145.94 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,800.00 | Plan Balance: | $59,595.00 ** |
| Paid to Claims: | $23,408.58 | Current Monthly Payment: | $1,420.00 |
| Paid to Trustee: | $2,090.70 | Arrearages: | $1,420.00 |
| Funds on Hand: | $1,300.72 | Total Plan Base: | $86,395.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.