UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERESY (TRENTON)

------------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 20-17234-MBK |
| | : | |
| Dorothy Roberts, | : | CHAPTER: 13 |
| | : | |
| Debtor. | : | **NOTICE OF APPEARANCE** |
| | : | |
| | : | HON. JUDGE: |
| | : | Michael B. Kaplan |
| | : | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Rushmore Loan Management Services,
> LLC as servicer for U.S. Bank National
> Association, not in its individual capacity
> but solely as trustee for RMTP Trust,
> Series 2021 Cottage-TT-V
> 1325 Franklin Avenue, Suite 160
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District

Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: Garden City, NY
      December _____, 2022

                                      By: /s/ Jonathan Schwalb,
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO, LLP
Attorneys for Rushmore Loan Management Services, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

F: (212) 471-5150
T: (212) 471-5100

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>1325 Franklin Avenue, Suite 160<br>Garden City, New York 11530<br>P: (212) 471-5100<br>Attorneys for Rushmore Loan Management Service, LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V<br><br>In Re:<br><br>Dorothy Roberts | Case No.: 20-17234-MBK<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Jennifer Tiburcio__ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for __Jonathan Schwalb, Esq.__, who represents __Rushmore Loan Management Services, LLC__ in this matter.

   ☐ am _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   Notice of Appearance

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____          /s/ Jennifer Tiburcio
                               Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dorothy Roberts<br>123 Grove St<br>Somerville, NJ<br>08876-1922 | Debtor(s) | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| J. Todd Murphy<br>Todd Murphy Law<br>55 Madison Ave. Suite 400<br>Morristown, NJ 07960 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☒ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☒ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2