|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>PO Box 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |

| In re:<br><br>Dorothy Roberts<br><br><br>Debtor(s) | Case No.: 20-17234 / MBK<br><br>Judge: Michael B. Kaplan<br><br>Chapter: 13 |
|---|---|

## CERTIFICATION OF SERVICE

1. I, Kierstyn Buchanan, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 7/6/2023, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

    **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.


Dated:  7/6/2023                                                                                          /s/  Kierstyn Buchanan
                                                                                                                    Kierstyn Buchanan

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Dorothy Roberts<br>123 Grove St<br>Somerville, NJ   08876-1922 | Debtor(s) | Regular Mail |
| J. Todd Murphy<br>Dublin Packard<br>55 Madison Ave. Suite 400<br>PO Box 556<br>Morristown, NJ   07960 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |