Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  20−17234−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dorothy Roberts
   123 Grove St
   Somerville, NJ 08876−1922

Social Security No.:
   xxx−xx−0957

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/13/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 14, 2023
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dorothy Roberts  
    Debtor

Case No. 20-17234-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Sep 14, 2023      Form ID: 148      Total Noticed: 50

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dorothy Roberts, 123 Grove St, Somerville, NJ 08876-1922 |
| 518857082 | | Homebridge, PO Box 77404, Ewing, NJ 08628-6404 |
| 518857084 | | Kathryn Hayes, 123 Grove St, Somerville, NJ 08876-1922 |
| 518875158 | + | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518857086 | | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 518857087 | | State of New Jersey, Administration, 595 Newark Ave Bldg 6Th, Jersey City, NJ 07306-2394 |
| 518857092 | + | Z & A Infotek Crop, 7 E Frederick Pl Ste 700, Cedar Knolls, NJ 07927-1816 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 14 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 14 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Sep 14 2023 20:40:29 | Rushmore Loan Management Services, LLC as servicer, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 518857065 | | Email/Text: bk@avant.com | Sep 14 2023 20:42:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 518911478 | + | EDI: TCISOLUTIONS.COM | Sep 15 2023 00:32:00 | Bank of Missouri, 2700 S. Lorriane Place, Sioux Falls, SD 57106-3657 |
| 518899321 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 14 2023 20:41:00 | Cenlar FSB, Attn BK Dept, 425 Phillips Blvd., Ewing, NJ 08618 |
| 518857089 | | Email/Text: cfcbackoffice@contfinco.com | Sep 14 2023 20:41:16 | Tbom/contfin, PO Box 8099, Newark, DE 19714-8099 |
| 518857066 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Cap1/bergd, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518857067 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Cap1/l&t, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518857068 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Cap1/neimn, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518857069 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2023 20:50:36 | Capital Bank,N.A., 101 Crossways Park Dr W, Woodbury, NY 11797-2020 |
| 518857070 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518857071 | | EDI: CAPITALONE.COM | Sep 15 2023 00:32:00 | Capital One Bank USA N, PO Box 30285, Salt |

| | | | | |
|---|---|---|---|---|
| | | | | Lake City, UT 84130-0285 |
| 518857072 | | Email/Text: clientservices@credit-control.com | Sep 14 2023 20:42:00 | Central Loan Admin & R, PO Box 77404, Ewing, NJ 08628-6404 |
| 518857073 | | EDI: WFNNB.COM | Sep 15 2023 00:32:00 | Comenitybank/jcrew, PO Box 182125, Columbus, OH 43218-2125 |
| 518857074 | | EDI: WFNNB.COM | Sep 15 2023 00:32:00 | Comenitycb/zales, PO Box 182125, Columbus, OH 43218-2125 |
| 518857075 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2023 20:51:24 | Credit One Bank NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518857076 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Sep 14 2023 20:41:00 | Fein Such Kahn & Shepard, 7 Century Dr Ste 201, Parsippany, NJ 07054-4673 |
| 518857078 | ^ | MEBN | Sep 14 2023 20:40:20 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 518857077 | ^ | MEBN | Sep 14 2023 20:40:16 | Financial Recoveries, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 518857079 | ^ | MEBN | Sep 14 2023 20:39:54 | First Digital Card, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 518857080 | | EDI: AMINFOFP.COM | Sep 15 2023 00:32:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519193052 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2023 20:41:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519193053 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 14 2023 20:41:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518857081 | | EDI: PHINGENESIS | Sep 15 2023 00:32:00 | Genesis FS Card services, PO Box 84059, Columbus, GA 31908-4059 |
| 518857083 | | EDI: IRS.COM | Sep 15 2023 00:32:00 | IRS, 955 S Springfield Ave Bldg A, Springfield, NJ 07081-3570 |
| 518861406 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 21:01:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518857085 | | Email/Text: bnc@nordstrom.com | Sep 14 2023 20:42:16 | Nordstrom/Td Bank USA, 13531 E Caley Ave, Englewood, CO 80111-6504 |
| 518858650 | + | EDI: RECOVERYCORP.COM | Sep 15 2023 00:32:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518912084 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Bergdorf Goodman, POB 41067, Norfolk VA 23541 |
| 518926109 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518915849 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Lord & Taylor, POB 41067, Norfolk VA 23541 |
| 518912086 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Neiman Marcus, POB 41067, Norfolk VA 23541 |
| 518912096 | | EDI: PRA.COM | Sep 15 2023 00:32:00 | Portfolio Recovery Associates, LLC, c/o Saks Fifth Avenue, POB 41067, Norfolk VA 23541 |
| 518875158 | + | EDI: JEFFERSONCAP.COM | Sep 15 2023 00:32:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518918250 | | EDI: Q3G.COM | Sep 15 2023 00:32:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518918251 | | EDI: Q3G.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 15 2023 00:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518891778 | | EDI: Q3G.COM | Sep 15 2023 00:32:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518857088 | | EDI: RMSC.COM | Sep 15 2023 00:32:00 | Synch/Lord and Taylor, PO Box 965060, Orlando, FL 32896-5060 |
| 518911384 | ^ | MEBN | Sep 14 2023 20:40:40 | Synovus Bank, Total Card Inc., 2700 S Lorraine Place, Sioux Falls, SD 57106-3657 |
| 518857091 | | EDI: TCISOLUTIONS.COM | Sep 15 2023 00:32:00 | Tbom/Total Crd, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 518857090 | | EDI: PHINGENESIS | Sep 15 2023 00:32:00 | Tbom/milestone, PO Box 4499, Beaverton, OR 97076-4499 |
| 519662511 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 14 2023 20:41:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, Rushmore Loan Management Services 92619-5004 |
| 519662510 | + | Email/Text: flyersprod.inbound@axisai.com | Sep 14 2023 20:41:00 | U.S. Bank National Association, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor HomeBridge Financial Services Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Sep 14, 2023 Form ID: 148 Total Noticed: 50

J. Todd Murphy
    on behalf of Debtor Dorothy Roberts courts@dublinpackard.com tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com

Jonathan C. Schwalb
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com

Lauren Moyer
    on behalf of Creditor Rushmore Loan Management Services  LLC as servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V bkecf@friedmanvartolo.com, nj-ecfmail@ecf.courtdrive.com

Matthew K. Fissel
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com

R. A. Lebron
    on behalf of Creditor Cenlar FSB  as servicer for HOMEBRIDGE FINANCIAL SERVICES, INC. bankruptcy@fskslaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 10